### 1236. HEARD v. THE STATE.

POWELL, J. An accusation of trespass, in which the defendant is charged with passing over the lands of another after being forbidden by the owner, in violation of the Penal Code, § 220, is insufficient to withstand a timely definite special demurrer, where the only description of the lands trespassed upon is "a certain field the cultivated land of [the prosecutor] at the time being held under a contract of purchase," though previous statements in the accusation locate the land as being in the

county of the prosecution. In such an accusation the description of the land should be definite. *Brown* v. *State,* 116 *Ga.* 562 (42 S. E. 795); *O'Brien* v. *State,* 109 *Ga.* 51 (35 S. E. 112); *Johnson* v. *State,* 90 *Ga.* 443 (16 S. E. 92); *Wiggins* v. *State,* 119 *Ga.* 216 (46 S. E. 86). The point in the case of *Hardaway* v. *State,* 1 *Ga. App.* 150 (58 S. E. 141), is not identical with the present one, but is cognate.

*Judgment reversed.*

Accusation of trespass, from city court of Jefferson—Judge Stark. May 8, 1908.

Argued June 30,—Decided July 25, 1908.

. *John B. Gamble, J. S. Ayers,* for plaintiff in error.

*W. H. Quarterman, solicitor, Shackelford & Shackelford,* contra.